UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                    )
CYNTHIA FRANKLIN,                                   )         Case No. C12-1443RSL
                                                    )
                          Plaintiff,                )
            v.                                       )
                                                    )         ORDER TO SHOW CAUSE
LIBERTY MUTUAL INSURANCE,                           )
                                                    )
                                                    )
                                                    )
                          Defendant.                )
_____)

        This matter comes before the Court *sua sponte*.  On June 24, 2013, plaintiff filed a

memorandum in response to motion for summary judgment which, taken as a whole, exceeds 50

pages in length.  (Dkt. # 20).  As of this date, a courtesy copy of these documents has not been

provided for chambers.

        Plaintiff is hereby ORDERED to show cause, within five days of the date of this

Order, why she should not be sanctioned for failure to comply with Local Rule 10(e)(9) and the

" Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement".  (Dkt. # 11).

Plaintiff shall immediately deliver a paper copy of the motion and all supporting documents,

with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy

Copy of Electronic Filing for Chambers," to the Clerk's Office.


        DATED this 27th day of June, 2013.


                                            _____
                                            Robert S. Lasnik
                                            United States District Judge

ORDER TO SHOW CAUSE